United States District Court

Eastern District of California

| | |
|---|---|
| Juan D. Zarco, | |
| Plaintiff, | No. Civ. S 05-1347 GEB PAN P |
| vs. | Order |
| E.S. Alameida, Jr., et al., | |
| Defendants. | |

-oOo-

Plaintiff, a state prisoner without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and requests leave to proceed in forma pauperis.

Plaintiff alleges a violation of his civil rights in Tehachapi, California. Tehachapi is in the Fresno Division of this court and the action should have been commenced there. See Local Rule 3-120(b). The court has not yet ruled on plaintiff's request to proceed in forma pauperis.

Accordingly, the court hereby orders that:

1    1.   This action is transferred to the Fresno Division.

2    2.   The clerk of court shall assign a new case number.

3    3.   All future filings shall reference the new case number

4  and shall be filed at:

```
           United States District Court
           Eastern District of California
           1130 "O" Street
           Fresno, CA 93721
```

8    Dated:  July 12, 2005.

```
                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge
```