United States District Court

Eastern District of California

Juan D. Zarco,

    Plaintiff,                  No. Civ. S 05-1347 GEB PAN P

  vs.                          Order

E.S. Alameida, Jr., et al.,

    Defendants.

-oOo-

    Plaintiff, a state prisoner without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and requests leave to proceed in forma pauperis.

    Plaintiff alleges a violation of his civil rights in Tehachapi, California. Tehachapi is in the Fresno Division of this court and the action should have been commenced there. <u>See</u> Local Rule 3-120(b). The court has not yet ruled on plaintiff's request to proceed in forma pauperis.

    Accordingly, the court hereby orders that:

1      1.   This action is transferred to the Fresno Division.

2      2.   The clerk of court shall assign a new case number.

3      3.   All future filings shall reference the new case number

4  and shall be filed at:

5              United States District Court
               Eastern District of California
6              1130 "O" Street
               Fresno, CA 93721

7

8      Dated:   July 12, 2005.

9
                                    /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
10                                Magistrate Judge

2