# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

FILED
MAY 3 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY

| | |
|---|---|
| JUAN DANIEL ZARCO,<br><br>   Plaintiff - Appellant,<br><br>v.<br><br>E. S. ALAMEIDA, JR., M. YARBOROUGH; et al.,<br><br>   Defendants - Appellees. | No. 07-15368<br>D.C. No. CV-05-00907-OWW-LJO<br><br>**ORDER** |

This appeal has been taken in good faith     [ ]

This appeal is not taken in good faith        [X]

Explanation: _PLAINTIFF WAS AFFORDED OPPORTUNITY TO AMEND HIS COMPLAINT AND FAILED TO FILE AN AMENDED COMPLAINT_

_____
Judge
United States District Court

Date: 5-1-07